IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LAURA K. BELLAMY, | ) |
| Petitioner, | ) CASE NO. 5:10-cv-00020-LGW-JEG |
| v. | ) |
| | ) REMOVED FROM WARE COUNTY |
| ONE WEST BANK, INDY MAC MORTGAGE | ) SUPERIOR COURT |
| SERVICES, and FEDERAL NATIONAL | ) CIVIL ACTION NO.09V-1090 |
| MORTGAGE ASSOCIATION, | ) |
| Respondents. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S PETITION TO SET ASIDE FORECLOSURE JUDGMENT AND DEED**

COME NOW One West Bank, FSB (erroneously referred to as OneWest Bank), Indy Mac Mortgage Services (which is actually a dba of OneWest Bank, FSB and therefore the same legal entity), and Federal National Mortgage Association ("FNMA"), Defendants in the above-styled civil action, and hereby respond to Plaintiff Laura K. Bellamy's Petition to Set Aside Foreclosure Judgment and Deed (the "Second Complaint") filed in the above-styled action on October 4, 2010, and shows the Court the following:

On or about December 7, 2009, Plaintiff filed her original Petition to Set Aside Foreclosure Judgment and Deed (the "First Complaint") in the Superior Court of Ware County, Georgia, Case No. 09V-1090 (referenced above). Plaintiff never served any of the Defendants, but instead mailed her original Complaint to

Anthony DeMarlo at the law firm of McCurdy & Candler, LLC, as attorney for the named Defendants.  The Defendants removed the Complaint to this Court (the First Complaint is the case at bar) and filed a Motion to Dismiss and supporting brief pursuant to Rule 12(b)(2), (4), and (6) of the Federal Rules of Civil Procedure. As a result of Plaintiff's failure to respond to the Motion to Dismiss and her failure to participate in the Rule 26(f) report, on June 3, 2010, this Court dismissed Plaintiff's original Complaint without prejudice.  Plaintiff's Second Complaint, filed in the case at bar, is a regurgitation of the First Complaint with the exception of Paragraph 6, which requests that Defendants produce an "original copy" of her mortgage note.  Plaintiff has failed to serve the Defendants with her Second Complaint.  Although Plaintiff is well aware that Kyle S. Kotake is counsel for the Defendants in this case, she has again attempted service of the Second Complaint by mailing a copy of the Second Complaint to Anthony DeMarlo at the law firm of McCurdy & Candler, LLC.

Plaintiff's Second Complaint is not a motion to set the order of dismissal aside.  The Second Complaint is, with the exception of one paragraph, identical to her First Complaint for wrongful foreclosure; it contains no assertions as to why the dismissal is improper, does not allege any error, and fails to show a basis for setting aside the June 3, 2010 order of this

2

Court. Plaintiff's Second Complaint is an attempt by Plaintiff to circumvent the proper procedure for filing a Complaint, paying the filing fee and serving the Defendants.

In the event the Court determines that Plaintiff's Second Complaint can be interpreted as a motion to set aside the dismissal, Defendants argue that the Second Complaint fails to state a basis to set the dismissal aside and should be denied for that reason. Therefore, Plaintiff's Second Complaint should be dismissed.

Respectfully submitted this 21st day of October, 2010.

By: **/s/ Kyle S. Kotake**
Kyle s. Kotake
Georgia Bar No. 428697

JOHNSON & FREEDMAN, L.L.C
1587 Northeast Expressway
Atlanta, Georgia 30329
Telephone: (678) 298-8863
Facsimile: (404)329-8144
Email: kskotake@jflegal.com
Attorney for Defendants

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above Defendants' Response to Plaintiff's Petition to Set Aside Foreclosure Judgment and Deed was filed with the Clerk and mailed First Class Mail to the following in a properly-addressed envelope with adequate postage affixed to assure delivery, addressed as follows:

>Laura K. Bellamy
>2985 Bentwood Dr.
>Waycross, GA 31503
>Plaintiff *pro se*

This 21st day of October, 2010.

>*/s/ Kyle S. Kotake*____
>Kyle S. Kotake
>Georgia Bar No. 428697

JOHNSON & FREEDMAN, L.L.C
1587 Northeast Expressway
Atlanta, Georgia 30329
Telephone: (678) 298-8863
Facsimile: (404)329-8144
Email: kskotake@jflegal.com